UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05CV63 CDP |
| | ) | |
| B & D ELECTRIC, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

The neutral chosen by the parties to mediate this case has faxed a letter to chambers indicating that the parties have participated in good faith in one mediation session, and indicating that they wish to have additional time to complete the mediation. This is a reasonable request, and I will therefore extend the time for completion of the mediation.

The neutral's letter also asks me to enter an order relating to disclosure of information designed to facilitate settlement. While this may be an appropriate request for the parties to make, I am hesitant to enter such an order based on a letter from the mediator. I am also not clear about the dates they are proposing, since they ask for an order that one party do something within thirty days of its receipt of information, but there is no indication of when that initial information will be provided. Additionally, I do not know why the parties need an order from me to do

these things, if they are things that they have agreed in good faith to do in aid of the mediation.  Thus, I will not order the other matters requested in the mediator's letter, although I will do so if the parties file a joint motion and an agreed-upon proposed order.  While I certainly appreciate the mediator's offered assistance, the order requested should be sought by the parties, in a joint motion, if they believe such an order is appropriate or necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the deadline for completion of alternative dispute resolution is extended until September 1, 2006.

**IT IS FURTHER ORDERED** that all other case management deadlines remain as previously set.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2006.