# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:05-CV-00063-CDP |
| ) | |
| B&D ELECTRIC, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Joint Motion of Defendants B&D Electric, Inc., Cardinal Electric Motor Repair, Inc., Delta-Y Electric Company, Flanders Electric Motor Service, Inc., Florida Power & Light Company, Interstate Power and Light Company, and T&R Electric Supply Company, Inc., to Amend the Case Management Order is GRANTED.

**IT IS FURTHER ORDERED** that the Case Management Order is hereby AMENDED as follows:

Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a) (2), Fed. R. Civ. P., no later than **September**

**25, 2006**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 10, 2006**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

DATED: August 23, 2006