UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV63 CDP |
| ) | |
| B&D ELECTRIC, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is set for trial on April 2, 2007, but because I extended the time for filing motions, there is not sufficient time for me to rule those motions before trial. I will therefore remove the case from the trial docket and will reset it at a later time. The parties are cautioned that this does not reopen any case management deadlines that have already passed.

**IT IS HEREBY ORDERED** that this case is removed from the April 2, 2007 trial docket, and will be reset at a later time. The parties' obligation to file pretrial submissions and motions in limine is suspended pending entry of the new trial date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2007.