# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action NO. 1:05-CV-00063-CDP |
| B&D Electric, Inc., et al., | ) |
| Defendants. | ) |

## ORDER EXCUSING CERTAIN DEFENDANTS
## FROM ATTENDANCE AT ORAL ARGUMENT

IT IS HEREBY ORDERED that the joint motion to excuse Defendants Flanders Electric Motor Service, Inc. and T&R Electric Supply Company, Inc. from the oral argument scheduled for April 13, 2007 is hereby GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of April, 2007.