UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05CV63 CDP |
| | ) | |
| B & D ELECTRIC, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

At the hearing held on April 13, 2007, the Court was informed that the United States had settled with defendants B & D Electric, Inc., Flanders Electric Motor Service, Inc., and T & R Electric Supply Company, Inc. Also at the time of the April hearing, the indicated it was in discussions with defendant Cardinal Electric Motor Repair, Inc. regarding an inability to pay defense. It has been three months and no notice of settlement, or motions lodging proposed consent decrees, have been filed as to any of these defendants. If the parties cannot reach a settlement, the case must be put back on the trial docket. The United States has twenty (20) days from the date of this order to notify the Court as to the status of settlement negotiations and to propose dates by which appropriate documents will be filed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a notice, no later than twenty (20) days from the date of this order, informing the Court of the status of settlement negotiations with defendants **B & D Electric, Inc., Flanders Electric Motor Service, Inc., T & R Electric Supply Company, Inc, and Cardinal Electric Motor Repair, Inc.**

**IT IS FURTHER ORDERED** that Plaintiff's notice of voluntary dismissal [#198] as to defendant Mount Vernon Electric Motor is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2007.